EDSON GILLETTE, Appellant, v. ROBERT E. ALLEN and CLARENCE R. ALLEN, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Estate of ANNA B. GOODMAN, Deceased.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Appointment of a MEMBER OF THE COMMITTEE ON CHARACTER AND FITNESS OF APPLICANTS FOR ADMISSION TO THE BAR FOR THE FIFTH JUDICIAL DISTRICT.— Clarence E. Williams, Esq., of Utica, is appointed a member of the committee in place of Hon. Stephen W. Brennan, resigned. Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

## (September 30, 1942.)

BUFFALO INDUSTRIAL BANK, Respondent, v. WILLIAM J. FORBES, Doing Business under the Name and Style of FORBES DISTRIBUTING COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment reverses a judgment of the Buffalo City Court in favor of plaintiff for $125 and costs, and directs a judgment in favor of plaintiff for $386.40 and costs, in an action on a promissory note. The order is the order of reversal and dismisses defendant's cross-appeal to County Court.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

KENNETH W. BENNION, Appellant, v. UNION CARBIDE COMPANY, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses plaintiff's complaint in a silicosis action.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

JOSEPH DITTO, Appellant, v. UNION CARBIDE COMPANY, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses plaintiff's complaint in a silicosis action.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

REFRIGERATION PATENTS CORPORATION, Appellant, v. WILLIAM T. MORRIS, Respondent.— Orders so far as appealed from affirmed, with ten dollars costs and disbursements. Memorandum: We are of the opinion that the allegations of the counterclaim are sufficient to set forth a cause of action. Whether or not the facts to be proven under these allegations will constitute lack of cooperation under paragraph 8 of the contract is necessarily a matter to be determined on the trial. All concur. (The portion of the order appealed from denies plaintiff's motion to dismiss defendant's counterclaim and to strike out portions of the answer, in an action for damages for breach of contract. The second order amends and settles the previous order.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.